Jonathan Goldsmith, Esq. (11805) in assoc. with
**KROHN & MOSS, LTD.**
320 East Charleston Blvd. Ste. 203
Las Vegas, Nevada 89104
Ph:   702-448-7981
Fax:  702-966-3117
Email: jonathan@lavergnelaw.com
Attorneys for Plaintiff Eva Bennett

# UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

## SOUTHERN DIVISION

| | |
|---|---|
| EVA BENNETT<br><br>           Plaintiff,<br><br>     vs.<br><br>IC SYSTEM<br><br>           Defendant. | **VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, EVA BENNETT, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated this 24th day of January, 2011.          Jonathan Goldsmith, Esq. (11805) in assoc. with
                                                **KROHN & MOSS, LTD.**

IT IS SO ORDERED.                               By: /s/ Jonathan Goldsmith
                                                Jonathan Goldsmith, Esq. (11805) in assoc.
                                                with
*[signature: Philip M. Pro]*                    **KROHN & MOSS, LTD.**
                                                320 East Charleston Blvd. Ste. 203
                                                Las Vegas, Nevada 89104
PHILIP M. PRO                                   Ph:   702-448-7981
U.S. DISTRICT JUDGE                             Fax:  702-966-3117
                                                Email: jonathan@lavergnelaw.com
Dated:  January 25, 2011.

KROHN & MOSS, LTD.
231 S. 3rd Street, Suite 285
Las Vegas, Nevada 89101
(866) 507-4779 FAX: (866) 802-0021